**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                              CASE NO. 05-50047-PCY5
                                                    CHAPTER 13
GLENDA R. PORTER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: JACKSON COUNTY FIRE & RESCUE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381570 in the amount of 29.37 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>           /s/Leigh D. Hart or
>           /s/William J. Miller, Jr.
>           OFFICE OF THE CHAPTER 13 TRUSTEE
>           POST OFFICE BOX 646
>           TALLAHASSEE, FL 32302
>           ldhecf@earthlink.net
>           (850) 681-2734 "Telephone"
>           (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
GLENDA R. PORTER                JACKSON COUNTY FIRE RESCUE
P.O. BOX 567                    2819 PANHANDLE ROAD
SNEADS, FL 32460                MARIANNA, FL 32446-6355

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>           /s/Leigh D. Hart or
>           /s/William J. Miller, Jr.
>           OFFICE OF CHAPTER 13 TRUSTEE

11/30/2009  2:46 pm / CR_213